9/10/07
JD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES JONES                                                              PETITIONER

vs.                                                                      No. 1:04CV375-D-D

MARGARET BINGHAM; et al.                                                 RESPONDENTS

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated August 17, 2007, was on that date duly served by first class mail upon the Petitioner and by first class mail upon the attorney of record for the Respondents; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that:

1. the Report and Recommendation of the Magistrate Judge dated August 17, 2007, is hereby APPROVED AND ADOPTED as the opinion of the court; and

2. the Petitioner's Petition for Writ of Habeas Corpus is DENIED, this case is DISMISSED WITH PREJUDICE, and this action is CLOSED.

THIS, the 10th day of September 2007.

/s/ Glen H. Davidson
Senior Judge